Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Petitioner Isidro Torres

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO TORRES, | Case No. 1:05-cv-878 OWW |
| | [Case No. 1:03-cr-5165 OWW] |
| Petitioner, | |
| | **ORDER GRANTING DISMISSAL** |
| vs. | **OF ACTION** |
| | |
| UNITED STATES OF AMERICA, | |
| | |
| Respondent. | |

The Court having reviewed and considered petitioner Isidro Torres' stipulation to voluntary dismissal of his pending Motion To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody [28 U.S.C. §2255], hereby GRANTS the voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

IT IS HEREBY ORDERED that Case No. 1:05-cv-878 be dismissed

*Order Granting Dismissal of Action, Torres v. U.S.A., Case No. 1:05-cv-878 OWW*

PDF created with pdfFactory trial version www.pdffactory.com

without prejudice.

Dated: 3/10/2009

/s/ OLIVER W WANGER
Honorable Oliver W. Wanger
U. S. District Court

*Order Granting Dismissal of Action, Torres v. U.S.A., Case No. 1:05-cv-878 OWW*

PDF created with pdfFactory trial version www.pdffactory.com